OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
Western District of Washington
Web address: www.wawb.uscourts.gov

| SEATTLE OFFICE | **Mark L. Hatcher** | TACOMA OFFICE |
|---|---|---|
| 700 Stewart St. #6301 | **Clerk** | Union Station |
| Seattle, WA 98101-1271 | | 1717 Pacific Avenue, Suite 2100 |
| (206) 370-5200 | | Tacoma, WA 98402-3233 |
| | | (253) 882-3900 |

DATE: 09/09/2020

TO: John D Mickelsen

RE: CH 7 John D. Mickelsen  NO: 20-40746

I. Your request can not be processed due to the following:

    ___ Your complaint has been received, however it is not DEEMED filed until the filing fee is paid.

    ___ No check or money order was enclosed. See attached fee schedule.

    ___ The fee submitted is insufficient for the information requested.

    ___ The additional amount owing is $ _____ .

II.   ___ No case number was provided.

    ___ Listing for the debtor and/or case number does not exist.

    ___ This is the incorrect court for your request.

    ___ The file has been sent to the Federal Records Center. See attached sheet for more information.

    ___ The Bankruptcy Court does not provide copies of the forms you requested.

III. The case is statistically ) pending, (XX) closed 06/22/2020 ( ) discharged on _____ , ( ) other:_____ .

IV. _X_ The proof of claim form was not signed. Return the enclosed copy with your original signature.

V.     Other  Proof of Claim for Required, Please fill out attached Form and return as Amending your Claim No. 111. _____ .

VI.     Fee Due $__, ( ) Amendment, ( ) Motion, ( ) Reopen, ( ) Archive Retrieval, ( ) Conversion Fee, ( XX ) Please Contact your Attorney for Legal Advice

**PLEASE TAKE THE REQUIRED ACTION OR SUPPLY US WITH THE INFORMATION NEEDED TO HELP US PROCESS YOUR REQUEST.**

                                            Deborah Scearce
                                            Deputy Clerk

WAW-265.CS  Rev August 3, 2006