OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
Western District of Washington
Web address: www.wawb.uscourts.gov

| SEATTLE OFFICE | **Mark L. Hatcher** | TACOMA OFFICE |
|---|---|---|
| 700 Stewart St. #6301 | **Clerk** | Union Station |
| Seattle, WA 98101-1271 | | 1717 Pacific Avenue, Suite 2100 |
| (206) 370-5200 | | Tacoma, WA 98402-3233 |
| | | (253) 882-3900 |

DATE: 09/09/2020

TO: John Daniel Mickelsen

RE: John Daniel Mickelsen                                NO: 20-40746

I. Your request can not be processed due to the following:

    ___ Your complaint has been received, however it is not DEEMED filed until the filing fee is paid.

    ___ No check or money order was enclosed. See attached fee schedule.

    ___ The fee submitted is insufficient for the information requested.

    ___ The additional amount owing is $ _____ .

II.     ___ No case number was provided.

    ___ Listing for the debtor and/or case number does not exist.

    ___ This is the incorrect court for your request.

    ___ The file has been sent to the Federal Records Center. See attached sheet for more information.

    ___ The Bankruptcy Court does not provide copies of the forms you requested.

III. The case is statistically ) pending, (XX) closed 06/22/2020 ( ) discharged on _____ , ( ) other:_____ .

IV. ___ The proof of claim form was not signed. Return the enclosed copy with your original signature.

V. Other Proof_____.

VI. Fee Due $ , ( ) Amendment, ( ) Motion, ( ) Reopen, ( ) Archive Retrieval, ( ) Conversion Fee,

    ( ) Other _____.

**PLEASE TAKE THE REQUIRED ACTION OR SUPPLY US WITH THE INFORMATION NEEDED TO HELP US PROCESS YOUR REQUEST.**

                                              Deborah Scearce
                                              Deputy Clerk

WAW-265.CS  Rev August 3, 2006