OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
Western District of Washington
Web address: www.wawb.uscourts.gov

| SEATTLE OFFICE | **Mark L. Hatcher** | TACOMA OFFICE |
|---|---|---|
| 700 Stewart St. #6301 | **Clerk** | Union Station |
| Seattle, WA 98101-1271 | | 1717 Pacific Avenue, Suite 2100 |
| (206) 370-5200 | | Tacoma, WA 98402-3233 |
| | | (253) 882-3900 |

DATE: 09/09/2020

TO: John Daniel Mickelsen

RE: John Daniel Mickelsen            NO: 20-40746

I. Your request can not be processed due to the following:

     ___ Your complaint has been received, however it is not DEEMED filed until the filing fee is paid.

     ___ No check or money order was enclosed. See attached fee schedule.

     ___ The fee submitted is insufficient for the information requested.

     ___ The additional amount owing is $ _____ .

II.    ___ No case number was provided.

     ___ Listing for the debtor and/or case number does not exist.

     ___ This is the incorrect court for your request.

     ___ The file has been sent to the Federal Records Center. See attached sheet for more information.

     ___ The Bankruptcy Court does not provide copies of the forms you requested.

III. The case is statistically ) pending, (XX) closed <u>06/22/2020</u> ( ) discharged on _____, ( ) other:_____.

IV. ___ The proof of claim form was not signed. Return the enclosed copy with your original signature.

V. Other   Proof_____.

VI. Fee Due $___, ( ) Amendment, ( ) Motion, ( ) Reopen, ( ) Archive Retrieval, ( ) Conversion Fee,

     ( ) Other _____.

**PLEASE TAKE THE REQUIRED ACTION OR SUPPLY US WITH THE INFORMATION NEEDED TO HELP US PROCESS YOUR REQUEST.**

                                             <u>Deborah Scearce</u>
                                             Deputy Clerk

WAW-265.CS   Rev August 3, 2006