Bill went to collection. Bill accured during period of bankrupsey.

John Mickelsen
8-31-20
20-40746

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number (if known) 20-40746

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

*Amendment - Fee Not Paid*

## Official Form 101
## Voluntary Petition for Individuals Filing for Bankruptcy                02/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | Your full name | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | John<br>First name<br><br>Daniel<br>Middle name<br><br>Mickelsen<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| 2. | All other names you have used in the last 8 years<br>Include your married or maiden names. | Johnny D. Mickelsen | |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-8405 | |



**SouthwestCredit**

4120 International Pkwy, Suite 1100
Carrollton, TX 75007-1958
Toll Free: 888-778-4006

Office Hours:
Monday – Thursday 7:00AM to 9:00PM CT
Friday 7:00AM to 6:00PM CT
Saturday 8:00AM to 4:00PM CT

March 28, 2020

Dear John Mickelsen,

Your account has been assigned to this office for collection. The balance listed is due in full. If payment has already been made, please contact our office.

**Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.**

Please contact our office if you would like assistance with this matter. You may pay your account by enclosing your payment with the tear-off coupon below, as indicated in the payment options or by contacting us at 888-778-4006 to make payment arrangements on your account.
Check or Credit Card payments can be made 24-hours a day, through our secure website at www.swcpayonline.com.

M. Sasser
Southwest Credit Systems, L.P.

| Account Summary |
|---|
| **Creditor** |
| Comcast |
| **Creditor Account No.** |
| 8498380210728810 |
| **Southwest Reference No.** |
| 80321558 |
| **Principal** |
| $608.24 |
| **Total Amount Due** |
| ➡ $608.24 ⬅ |

| PAYMENT OPTIONS |
|---|
| **Money Gram** |
| Receive Code: 4077 |
| **Payments By Internet** |
| www.swcpayonline.com |
| Visa, Mastercard, Debit Card |
| and Check (ACH) accepted |
|  |
| **Payments By Phone** |
| 888-778-4006 |
| 24-hour touch tone service |
| Visa, MasterCard, Debit Card |
| and Check (ACH) accepted |
| **Payments By Mail** |
| Send check or money order to |
| PO Box 650784 |
| Dallas, TX 75265-0784 |

**This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.**

---

***Detach This Portion and Return with Payment***