```
                         United States Bankruptcy Court
                          Western District of Washington
```

In re:                                                    Case No. 20-40746-MJH
John Daniel Mickelsen                                     Chapter 7
        Debtor
                        **CERTIFICATE OF NOTICE**

```
District/off: 0981-3        User: admin          Page 1 of 1          Date Rcvd: Sep 09, 2020
                            Form ID: pdfltd       Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db              +John Daniel Mickelsen,   310 W. Magnolia St.,   Centralia, WA 98531-4350
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
          Kathryn A Ellis    kae@seanet.com,  WA18@ecfcbis.com;cgw@seanet.com
          Susan H. Seelye    on behalf of Debtor John Daniel Mickelsen stopdebt@gmail.com,
           ignbands@gmail.com;browner80299@notify.bestcase.com
          United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                      TOTAL: 3
```

OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
Western District of Washington
Web address: www.wawb.uscourts.gov

| SEATTLE OFFICE | **Mark L. Hatcher** | TACOMA OFFICE |
|---|---|---|
| 700 Stewart St. #6301 | **Clerk** | Union Station |
| Seattle, WA 98101-1271 | | 1717 Pacific Avenue, Suite 2100 |
| (206) 370-5200 | | Tacoma, WA  98402-3233 |
| | | (253) 882-3900 |

DATE:  09/09/2020

TO:   John Daniel Mickelsen

RE:   John Daniel Mickelsen                              NO: 20-40746

I.     Your request can not be processed due to the following:

    __    Your complaint has been received, however it is not DEEMED filed until the filing fee is paid.

    __    No check or money order was enclosed.  See attached fee schedule.

    __    The fee submitted is insufficient for the information requested.

    __    The additional amount owing is $ _____ .

II.    __    No case number was provided.

    __    Listing for the debtor and/or case number does not exist.

    __    This is the incorrect court for your request.

    __    The file has been sent to the Federal Records Center.  See attached sheet for more information.

    __    The Bankruptcy Court does not provide copies of the forms you requested.

III.   The case is statistically  ) pending, (XX) closed <u>06/22/2020</u>  ( ) discharged on _____ , ( ) other:___
    _____ .

IV.    __    The proof of claim form was not signed.  Return the enclosed copy with your original signature.

V.     Other   Proof_____ .

VI.    Fee Due $  , ( ) Amendment, ( ) Motion,  ( ) Reopen, ( ) Archive Retrieval, ( )  Conversion Fee,

    ( ) Other _____ .

**PLEASE TAKE THE REQUIRED ACTION OR SUPPLY US WITH THE INFORMATION NEEDED
TO HELP US PROCESS YOUR REQUEST.**

<u>Deborah Scearce</u>
Deputy Clerk

WAW-265.CS  Rev August 3, 2006